ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Edward Hayes, as Liquidator of Base<br>  Operation Services GmbH | ) ASBCA Nos. 59829, 59907 |
| | ) |
| | ) |
| Under Contract Nos. DABN01-03-C-0025 | ) |
| W912PE-04-D-0001 | ) |

APPEARANCE FOR THE APPELLANT:       William F. Savarino, Esq.
                                      Cordatis LLP
                                      Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                      Army Chief Trial Attorney
                                    Robert B. Neill, Esq.
                                    MAJ Michael G. Pond, JA
                                      Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 10, 2021

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59829, 59907, Appeals of Edward Hayes, as Liquidator of Base Operation Services GmbH, rendered in conformance with the Board's Charter.

Dated:  August 11, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals